*SEALED*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD ALSUGHAYER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES** | : | **NO.: 20-cv-05826** |

## O R D E R

**AND NOW**, this **25TH** day of **NOVEMBER 2020**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Timothy R. Rice.

**FOR THE COURT:**

**JUAN R. SÁNCHEZ**
**Chief Judge**

**ATTEST:**

*Kate Barkman* (signature)
_____
**KATE BARKMAN**
**Clerk of Court**