IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| *Defendant.* | : | No. 20-5826 |
| | : | To be Filed Under Seal |

# O R D E R

**AND NOW,** this 1st day of December 2020, upon consideration of Plaintiff's Motion for Leave for Limitation to Access, Redaction, Filing Under Seal and/or Protective Order (ECF No. 3), it is hereby **ORDERED** as follows:

1. The case itself shall be unsealed.

2. The Complaint (ECF No. 1) shall be filed under seal.

3. Any other filing on this docket, including those already filed, shall be filed under seal subject to Court removal of the seal to part or all of the filings on the docket upon good cause shown and an opportunity to respond in opposition to a motion to unseal.

The Clerk is directed to remove the gavel from ECF No. 2.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**