UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMAD ALSUGHAYER<br>Saginaw, MI 48603<br>　　　Plaintiff<br><br>　　　v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>3624 Market Street<br>Philadelphia, PA 19104-2685<br>　　　Defendant | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:20-cv-5826<br>:<br>:<br>:<br>:<br>:<br>: |

**CONSENT TO REFERRAL TO MAGISTRATE JUDGE**

Plaintiff Ahmad Alsughayer, by and through his counsel Norris McLaughlin P.A., files this Consent to Referral to Magistrate Judge of the above-captioned case, pursuant to Federal Rule of Civil Procedure Rule 73(b)(1).

　　　　　　　　　　　　　　　　　　　　NORRIS MCLAUGHLIN P.A.

　　　　　　　　　　　　　　　　　　　　*/s/ Rebecca L. Warren*
　　　　　　　　　　　　　　　　　　　　Rebecca L. Warren, Esquire
　　　　　　　　　　　　　　　　　　　　Pa. Bar. ID #: 63669
　　　　　　　　　　　　　　　　　　　　515 WEST HAMILTON ST.
　　　　　　　　　　　　　　　　　　　　SUITE 502
　　　　　　　　　　　　　　　　　　　　ALLENTOWN, PA 18101
　　　　　　　　　　　　　　　　　　　　484-765-2239
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMAD ALSUGHAYER<br>Saginaw, MI 48603<br>    Plaintiff | :<br>:<br>:<br>: |
| v. | : CIVIL ACTION NO. 2:20-cv-5826<br>: |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>3624 Market Street<br>Philadelphia, PA 19104-2685<br>    Defendant | :<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

    I, Rebecca Warren, Esquire, hereby certify that I have forwarded a true and correct copy of a Consent for Referral to a Magistrate Judge *VIA FEDERAL EXPRESS* to the following:

Educational Commission for Foreign
 Medical Graduates
3624 Market Street
Philadelphia, PA 19104-2685
Attn:  Officer/Managing Agent

        NORRIS MCLAUGHLIN P.A.

        */s/ Rebecca L. Warren*
        Rebecca L. Warren, Esquire
        Pa. Bar. ID #: 63669
        515 WEST HAMILTON ST.
        SUITE 502
        ALLENTOWN, PA 18101
        484-765-2239
        *Attorney for Plaintiff*