**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. AHMAD ALSUGHAYER,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 20-05826<br><br>Honorable Chad F. Kenney |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Elisa P. McEnroe, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendant Educational Commission for Foreign Medical Graduates.

DATED: February 11, 2021

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5917
Facsimile:      +1.215.963.5001
elisa.mcenroe@morganlewis.com

*Attorney for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system:

>REBECCA L. WARREN
>515 WEST HAMILTON STREET SUITE 502
>ALLENTOWN, PA 18101
>610-391-1800
>Fax: 610-391-1805
>Email: rwarren@norris-law.com
>
>*Attorney for Plaintiff*

DATED:  February 11, 2021              */s/ Elisa P. McEnroe*
                                       Elisa P. McEnroe