IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. AHMAD ALSUGHAYER,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 20-05826<br><br>Honorable Chad F. Kenney |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

DATED: February 11, 2021

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:   +1.215.963.5917
Facsimile:    +1.215.963.5001
elisa.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com

*Attorneys for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system:

>REBECCA L. WARREN
>515 WEST HAMILTON STREET SUITE 502
>ALLENTOWN, PA 18101
>610-391-1800
>Fax: 610-391-1805
>Email: rwarren@norris-law.com
>
>*Attorney for Plaintiff*

DATED:  February 11, 2021                             */s/ Elisa P. McEnroe*
                                                                             Elisa P. McEnroe