# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. AHMAD ALSUGHAYER,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>    Defendant. | Civil Action No. 20-05826<br><br>Honorable Chad F. Kenney |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Matthew D. Klayman, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendant Educational Commission for Foreign Medical Graduates.

DATED: February 11, 2021

*/s/ Matthew D. Klayman*
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5609
Facsimile:      +1.215.963.5001
matthew.klayman@morganlewis.com

*Attorney for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system:

>REBECCA L. WARREN
>515 WEST HAMILTON STREET SUITE 502
>ALLENTOWN, PA 18101
>610-391-1800
>Fax: 610-391-1805
>Email: rwarren@norris-law.com
>
>*Attorney for Plaintiff*

DATED: February 11, 2021              */s/ Matthew D. Klayman*
                                      Matthew D. Klayman