# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD ALSUGHAYER** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **EDUCATIONAL COMMISSION FOR** | : | |
| **FOREIGN MEDICAL GRADUATES** | : | No. 20-5826 |
| *Defendant.* | : | |

## ORDER TO SHOW CAUSE

**AND NOW**, this 11th day of February, 2021, upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief (ECF No. 7), it is hereby **ORDERED** that Defendant Educational Commission for Foreign Medical Graduates (ECFMG) shall **SHOW CAUSE** by **Tuesday, February 16, 2021,** why this Court should not enter a temporary restraining order and/or preliminary injunction in favor of Plaintiff pending final ruling on Plaintiff's complaint.

**2/11/2021**                                                   __/s/ Chad F. Kenney_____
**DATE**                                                        **CHAD F. KENNEY, JUDGE**