# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER  *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES  *Defendant.* | : : : | No. 20-5826 |

## ORDER

**AND NOW**, this 11th day of February, 2021, upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief (ECF No. 7), it is hereby **ORDERED** as follows:

1. The parties shall meet and confer by **Wednesday, February 17, 2021**, and file by **Thursday, February 18, 2021**, a proposed scheduling order for the evidentiary preliminary injunction hearing. The Proposed scheduling order shall include a date by which they will file the following: a joint statement of undisputed facts, a statement as to any disputed facts, which witnesses will be called to testify as to disputed fact, and a timeline of any discovery needed prior to the hearing, including testimony from witnesses.

2. **The parties shall confer by tomorrow, February 12, 2021,** as to

whether any type of stipulated order can be recommended by them to the Court covering any issues as they prepare for the hearing on the preliminary injunction.

**2/11/2021**                                        **  /s/ Chad F. Kenney            **
**DATE**                                             **CHAD F. KENNEY, JUDGE**