### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD ALSUGHAYER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **EDUCATIONAL COMMISSION FOR** | : | |
| **FOREIGN MEDICAL GRADUATES,** | : | |
| *Defendant.* | : | **No. 20-5826** |
| | : | |

### O R D E R

**AND NOW,** this **16th** day of **February 2021**, it is hereby **ORDERED** that the Plaintiff shall certify to the Court on **February 16, 2021** service on the Defendant of all documents filed to date by PDF.

BY THE COURT:

/s/  Chad F. Kenney

**CHAD F. KENNEY, JUDGE**