# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| *Defendant.* | : | No. 20-5826 |
| | : | |

# **O R D E R**

AND NOW, this **16th** day of **February 2021**, it is hereby **ORDERED** that the orders of this Court shall be unsealed and any subsequent orders of this Court should not be sealed unless otherwise indicated by the Court.

BY THE COURT:

/s/  Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**