IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| *Defendant.* | : | No. 20-5826 |
| | : | |

# O R D E R

**AND NOW,** this **16th** day of **February 2021**, it is hereby **ORDERED** Defendant's response to ECF No. 11 is due **Thursday, February 18, 2021**. Plaintiff and Defendant are both further **ORDERED** to serve opposing counsel via electronic mail all further filings of record simultaneously with the filings on the ECF .

BY THE COURT:

/s/  Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**