IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | : | No.: 2:20-cv-5826 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __WILLIAM C. MENARD_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:20-cv-5826__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __WILLIAM C. MENARD__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| NEW YORK | 07/01/2013 | 5157672 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| UNITED STATES SUPREME COURT | 10/30/2017 | 303427 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | 11/27/2015 | NY5157672 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | 11/03/2015 | WM7842 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

/s/ WILLIAM C. MENARD
(Applicant's Signature)

FEBRUARY 16, 2021
(Date)

| Name of Applicant's Firm | NORRIS McLAUGHLIN, P.A. |
|---|---|
| Address | 515 WEST HAMILTON STREET, SUITE 502 |
| Telephone Number | 484-838-1389 |
| Email Address | WCMENARD@NORRIS-LAW.COM |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __FEBRUARY 16, 2021__          __/S/ WILLIAM C. MENARD__
          (Date)                                              (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>WILLIAM C. MENARD</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| REBECCA WARREN | /S/ REBECCA WARREN | 10/25/2016 | 63669 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

NORRIS McLAUGHLIN, P.A.

515 WEST HAMILTON STREET, SUITE 502

ALLENTOWN, PA 18101

610-391-1800

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>FEBRUARY 16, 2021</u>          <u>/S/ REBECCA WARREN</u>
                        (Date)                                                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | : | No.: 2:20-cv-5826 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  WILLIAM C. MENARD ,
Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

CM/ECF

/S/ REBECCA WARREN
(Signature of Attorney)

REBECCA WARREN
(Name of Attorney)

REBECCA WARREN
(Name of Moving Party)

FEBRUARY 16, 2021
(Date)