UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER | : | |
| Saginaw, MI 48603 | : | |
|      Plaintiff | : | |
| | : | |
|      v. | : | CIVIL ACTION NO. 2:20-cv-5826 |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| 3624 Market Street | : | |
| Philadelphia, PA 19104-2685 | : | |
|      Defendant | : | |

**CERTIFICATE OF SERVICE**

I, Rebecca Warren, Esquire, hereby certify on this 16th day of February, 2021, that I

have forwarded a true and correct copy of a Pro Hace Vice Motion of Attorney William

Menard *VIA ELECTRONIC MAIL ONLY* to the following:

Elisa McEnroe, Esquire
Elisa.McEnroe@morganlewis.com

Matthew Klayman, Esquire
Matthew.klayman@morganlewis.com

NORRIS MCLAUGHLIN P.A.

/s/ *Rebecca L. Warren*
Rebecca L. Warren, Esquire
Pa. Bar. ID #: 63669
515 WEST HAMILTON ST.
SUITE 502
ALLENTOWN, PA 18101
484-765-2239
*Attorney for Plaintiff*