# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD ALSUGHAYER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **EDUCATIONAL COMMISSION FOR** | : | |
| **FOREIGN MEDICAL GRADUATES,** | : | |
| *Defendant.* | : | **No. 20-5826** |
| | : | |

## NOTICE

**AND NOW,** this **17th** day of **February 2021**, the parties are advised that the Court does not anticipate granting immediate relief on the record as of this moment and without yet a response from the defendant and will continue to evaluate the record as it develops in this regard, including the Answer to the pending motion to be filed on February 18, 2021. After review of the answer the Court will take under advisement if a TRO will issue and whether it needs argument in that regard. As per the Court's Scheduling Order (ECF No. 12), the parties should agree on a hearing time for the preliminary injunction evidentiary hearing and include that in their proposed scheduling order to be filed on February 18, 2021. Argument on the preliminary injunction will not take place until the record is fully developed pursuant to the relief requested, including the stipulated undisputed facts and testimony on the disputed facts from witnesses who have first been deposed. The parties can, if they agree to terms, request a stipulated order in the interim prior to the ruling on the preliminary injunction. The Court notes that the emergency motion was not filed until three months after the Complaint was filed.

**BY THE COURT:**

/s/  Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**