# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER, *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, *Defendant.* | : : : | NO. 20-cv-05826 |

## ORDER

AND NOW, this 18th day of February 2021, it is hereby **ORDERED and DECREED** that the Motion for Admission Pro Hac Vice (Dkt. No. 18) is **DENIED without prejudice** subject to submission of the required filing fee.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**