UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMAD ALSUGHAYER<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 2:20-cv-5826<br>: |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>    Defendant | :<br>:<br>: |

**JOINT [PROPOSED] SCHEDULING ORDER**

In accordance with ECF numbers 12 and 19, counsel has met and conferred. Defendant's Answer to Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunctive Relief is due on February 18, 2021, which Answer will contribute to the identification of disputed and potential undisputed facts in this matter. Therefore, the parties propose the following schedule for this Honorable Court's consideration:

1. The parties shall agree to any Stipulated Undisputed Facts by March 2, 2021.

2. Depositions of witnesses relating to the disputed facts shall be completed on or before March 19, 2021. Depositions shall be held virtually.

3. On or before March 22, 2021, after consideration of the Stipulated Facts and Deposition testimony elicited, Counsel shall meet and confer to discuss a potential stipulated resolution and/or scheduling of a Hearing date and time for the Preliminary Injunction Evidentiary Hearing.

4. If a stipulated resolution cannot be reached, on or before March 22, 2021, Counsel shall file a joint proposed Scheduling Order with the Court regarding

the recommended date and time for the Preliminary Injunction Evidentiary Hearing.

RESPECTFULLY SUBMITTED,

/s/ *Rebecca L. Warren*
Rebecca L. Warren, Esquire
Pa. Bar. ID #: 63669
515 WEST HAMILTON ST.
SUITE 502
ALLENTOWN, PA 18101
484-765-2239
Attorney for Plaintiff

/s/ *Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:	+1.215.963.5917
Facsimile:	+1.215.963.5001
elisa.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com