# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD ALSUGHAYER,** *Plaintiff,* | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** *Defendant.* | : : : : | **NO.  20-cv-05826** |

## ORDER

AND NOW, this 19th day of February 2021, it is hereby **ORDERED** that the Motion for Admission Pro Hac Vice (Dkt. No. 18) of William C. Menard, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

**Local Counsel and *Pro Hac Vice* Counsel are directed to Judge Kenney's Practices and Procedures,[1] and are further directed to pay attention specifically to court appearances and the guideline as to Rule 16 Conferences.**

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

---

[1] http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney