IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| *Defendant.* | : | No. 20-5826 |
| | : | |

## ORDER AND RULE TO SHOW CAUSE

**AND NOW,** this **19th** day of **February 2021**, a **RULE** is hereby issued upon Plaintiff and Defendant to show cause on or before **February 25, 2021 at 12 Noon** in respective briefs not to exceed 10 pages, why all filings in this case placed under seal upon *ex parte* representations and a motion to this Court should remain sealed given the applicable legal standard (*see United States v. Janssen Therapeutics*, 795 F. App'x 142, 143 (3d Cir. 2019)), in light of the fact, upon review of Defendant's response to the Motion for a TRO and Preliminary Injunction, that the nature of Plaintiff's conduct, which resulted in his retroactive removal from the Mayo Clinic, was already a matter of public record and the target of two class action law suits. *See In re Cendant Corp.*, 260 F.3d 183, 194-97 (3d Cir. 2001) ("continued sealing must be based on **current evidence** to show how public dissemination of the pertinent materials now would cause [ ] harm") (emphasis added) (internal quotation omitted).

BY THE COURT:

/s/  Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**