IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **Ahmad Alsughayer** | : | CIVIL ACTION |
| *Plaintiff,* | : |  |
| v. | : | No. 20-5826 |
| **Educational Commission for Foreign Medical Graduates** | : |  |
| *Defendants.* | : |  |

# SCHEDULING ORDER

**AND NOW**, this 26th day of February 2021, upon consideration of the parties' Joint Proposed Scheduling Order (ECF No. 21), it is hereby **ORDERED** as follows:

1. The parties shall agree to any Stipulated Undisputed Facts by **March 9, 2021.**

2. Depositions of witnesses relating to the disputed facts shall be completed on or before **March 19, 2021.** Depositions shall be held virtually.

3. On or before **March 22, 2021,** after consideration of the Stipulated Facts and Deposition testimony elicited, Counsel shall meet and confer to discuss a potential stipulated resolution.

4. A Preliminary Injunction Evidentiary Hearing is hereby scheduled for **March 25, 2021** at 8:30 a.m. in Courtroom 6A. If the parties have reached a stipulated resolution such that the evidentiary hearing is not necessary, the parties shall promptly inform the Court.

        **BY THE COURT:**

        /s/ Chad F. Kenney
        **CHAD F. KENNEY, JUDGE**