IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ahmad Alsughayer** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 20-5826 |
| **Educational Commission for Foreign Medical Graduates** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 26th day of February 2021, upon consideration of Plaintiff's Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunctive Relief (ECF Nos. 7 and 13) and Defendant's Opposition (ECF No. 22) it is hereby **ORDERED** that Plaintiff's Emergency Motion for a Temporary Restraining Order is **DENIED**. The Court will consider Plaintiff's request for Preliminary Injunctive Relief pursuant to the Scheduling Order in ECF No. 27.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**