## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | **CIVIL ACTION** |
| **Ahmad Alsughayer** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **No. 20-5826** |
| | : | |
| | : | |
| **Educational Commission for Foreign** | : | |
| **Medical Graduates** | : | |
| *Defendants.* | : | |

## <u>ORDER</u>

**AND NOW**, this 8th day of March 2021, upon consideration of the Parties'

Joint Motion to Extend Deadlines for (1) Defendant's Response to the Complaint,

and (2) Joint Statement of Stipulated Facts, **IT IS HEREBY ORDERED** that the

requested extensions are **GRANTED**.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**