# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD ALSUGHAYER, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, *Defendant*. | : : : | NO.  20-cv-05826 |

## NOTICE

The Preliminary Injunction Evidentiary Hearing scheduled for March 25, 2021 at 8:30 a.m. (ECF No. 27) before the Hon. Chad F. Kenney, is **CANCELLED** because the underlying motion has been withdrawn (ECF No. 31).

3/16/2021                                           /s/ Chad F. Kenney
_____             _____
**DATE**                                                **CHAD F. KENNEY, JUDGE**