**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AHMAD ALSUGHAYER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **EDUCATIONAL COMMISSION FOR** | : | |
| **FOREIGN MEDICAL GRADUATES,** | : | |
| *Defendant*. | : | **No. 20-5826** |
| | : | |

**O R D E R**

**AND NOW,** this **22ⁿᵈ** day of **March 2021**, upon consideration of the parties' Joint Motion to Extend Deadline for Defendant's Response to Complaint (ECF No. 33) it is hereby **ORDERED** that the Motion to Extend (ECF No. 33) is **GRANTED.**

                                                **BY THE COURT:**

                                                **/s/  Chad F. Kenney**
                                                _____
                                                **CHAD F. KENNEY, JUDGE**